UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

IN RE:

Steven Lynn Hubler
Nancy Jean Hubler

Debtor(s)

Case No.:  11 B 81637

Chapter:  13

Judge Manuel Barbosa

## NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:** Lydia Meyer, Chapter 13 Trustee, P.O. Box 14127, Rockford, IL 61105-4127
Steven Lynn Hubler, Nancy Jean Hubler, Debtor(s), 6225 John St, Loves Park, IL 61111
Jason K. Nielson, Attorney for Debtor(s), 55 E. Monroe St. Suite #3400, Chicago, IL 60603

You are hereby notified debtor(s) is(are) due to PHH MORTGAGE CORPORATION for post-petition property inspections incurred 10/28/11 for $13.25 and 11/30/11 for $11.25, totaling $25.50.  These charges were incurred post-petition but prior to the Trustee's Notice of Final Mortgage Cure dated 3/21/12.

Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 05/25/2012, PHH MORTGAGE CORPORATION's rights to collect these amounts will remain unaffected.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on April 25, 2012.

/s/ Gloria Tsotsos
Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Cari A. Kauffman ARDC#6301778
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-11-13608)**

NOTE: This law firm is deemed to be a debt collector.